UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Jose L. Linares |
| v. | : | Mag. No. 07-00699-001 |
| ELISA GRIFFIN | : | **CONSENT ORDER FOR TRAVEL** |

This matter having come before the Court on the application of Wilentz, Goldman & Spitzer, PA (Jay V. Surgent, Esq, appearing) and with the consent of Assistant United States Attorney Hope S. Olds on behalf of Christopher J. Christie, United States Attorney for the District of New Jersey for an order allowing the defendant, Elisa Griffin, travel privileges to New York City to complete a college course project with reference to the garment industry.

IT IS THE FINDING OF THIS COURT that defendant's time to be allowed to travel to New York will be extended to May 31, 2008 on notice of and under the direction of the United States Pretrial/Probation Services Office.

HON. JOSE L. LINARES
United States Magistrate Judge

Consented to by:

Hope S. Olds
Assistant United States Attorney

Jay V. Surgent, Esq., Counsel on Behalf of Elisa Griffin

#3026414.02 (149075.001)